In the Matter of the Estate of FERDINAND TAGLIARINI, an Incompetent Person.

MICHAEL ERCEG, Substituted Committee, Appellant; FRANK T. HINES, as Administrator Veterans Administration, et al., Respondents.

(Submitted May 21, 1934; decided June 5, 1934.)

*Lawrence R. Condon* and *Osborne A. McKegney* for appellant.

*James A. Clark* and *Leo J. Ross* for Veterans Administration, respondent.

Appeal dismissed, with costs, on the ground that the appellant was not a party to the proceeding. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.